UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

RAYMOND PAUL OWENS,          )
                             )
            Petitioner       )
                             )
v.                           )
                             )   Case No. 6:10-cv-01167-LSC-HGD
BILLY MITCHEM, Warden, and   )
THE ATTORNEY GENERAL OF      )
THE STATE OF ALABAMA,        )
                             )
            Respondents      )

## **MEMORANDUM OPINION**

On July 10, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 6th day of September 2012.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704